```
1  CATHERINE M. CORFEE SBN 155064
   CORFEE STONE & ASSOCIATES
2  P.O. Box 1098
   Carmichael, CA 95609
3  Telephone:  (916) 487-5441
   Facsimile:  (916) 487-5440
4

5  Attorneys For Defendants:
   CAFÉ TRIESTE, INC.; CAFFE TRIESTE
6  SUPERB COFFEES, INC.; 4037 PIEDMONT
   AVE., LLC; HAROLD BRANDEL
7

   CATHERINE CABALO SBN 248198
8  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
9  Oakland, CA 94612
   Telephone: (510) 832-5001
10 Facsimile: (510) 832-4787

11 Attorneys For Plaintiff:
   RANDALL WRIGHT
12
```

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL WRIGHT,<br><br>   Plaintiff<br>vs.<br><br>CAFÉ TRIESTE, INC.; CAFFE TRIESTE SUPERB COFFEES, INC.; 4037 PIEDMONT AVE., LLC; HAROLD BRANDEL; and DOES 1-10, Inclusive,<br><br>   Defendants | Case No.: 11-cv-04227-EMC<br><br>**STIPULATED DISMISSAL AND [PROP̶O̶S̶ED] ORDER {FRCP 41 (a)(1)}** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1). The Parties have resolved their disputes by settlement. They consent to this court maintaining jurisdiction over any settlement disputes. The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

Dated: August 2, 2012    CORFEE STONE & ASSOCIATES

By:   /s/ Catherine M. Corfee
      CATHERINE M. CORFEE
      Attorney for Defendants

Dated: August 3, 2012    LAW OFFICES OF PAUL L. REIN

BY:   /S/CATHERINE CABALO
      CATHERINE CABALO
      Attorney for Plaintiff

**ORDER**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: 8/7/12    _____
                 HONORABLE EDWARD M. CHEN
                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*