CATHERINE M. CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone:  (916) 487-5441
Facsimile:  (916) 487-5440

Attorneys For Defendants:
CAFÉ TRIESTE, INC.; CAFFE TRIESTE
SUPERB COFFEES, INC.; 4037 PIEDMONT
AVE., LLC; HAROLD BRANDEL

CATHERINE CABALO SBN 248198
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787

Attorneys For Plaintiff:
RANDALL WRIGHT

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL WRIGHT, | Case No.: 11-cv-04227-EMC |
| Plaintiff | **STIPULATED DISMISSAL** |
| vs. | **AND [PROPOSED] ORDER** |
| | **{FRCP 41 (a)(1)}** |
| CAFÉ TRIESTE, INC.; CAFFE TRIESTE SUPERB COFFEES, INC.; 4037 PIEDMONT AVE., LLC; HAROLD BRANDEL; and DOES 1-10, Inclusive, | |
| Defendants | |

1  **IT IS HEREBY STIPULATED** by and between the parties to this action through their
2  designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP
3  41 (a)(1).  The Parties have resolved their disputes by settlement. They consent to this court
4  maintaining jurisdiction over any settlement disputes. The Parties shall bear their own costs and
5  attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this
6  Agreement.

7  Dated: August 2, 2012                    CORFEE STONE & ASSOCIATES

9                                           By:    /s/ Catherine M. Corfee
10                                                 CATHERINE M. CORFEE
                                                   Attorney for Defendants

13 Dated: August 3, 2012                    LAW OFFICES OF PAUL L. REIN

15                                           BY:   /s/CATHERINE CABALO
16                                                 CATHERINE CABALO
                                                   Attorney for Plaintiff

**ORDER**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: __8/7/12__                          _____
                                           HONORABLE EDWARD M. CHEN
                                           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*